IN UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Case No. CR-1-02-129-01 |
| Michael Anthony Jacob | ) | |
| | ) | |

ORDER TERMINATING SUPERVISED RELEASE

The above named was placed on Supervised Release on August 25, 2000 for a period of 3 years. Based on the recommendation of the U.S. Probation Officer and for good cause shown it is hereby ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Dated this 4th day of November, 2004

_____
United States Senior District Judge